**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Filed with the Classified
Information Security Officer
CISO ⟨signature⟩
Date 08/15/2024

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DONALD J. TRUMP,**<br><br>       **Defendant.** | Crim. No. 23-cr-257 (TSC)<br><br>**CLASSIFIED AND UNDER SEAL** |

**OPINION AND ORDER**